**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SENRICK SHERN WILKERSON**<br>**ID # 1885146,** )<br>        **Petitioner,** )<br>**vs.** )<br> )<br>**WARDEN McCOMIS, Bridgeport** )<br>**Correctional Center,** )<br>**STATE OF TEXAS,** )<br>        **Respondents.** ) | **No. 3:16-CV-0439-D** |

<u>**ORDER**</u>

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Because the 28 U.S.C. § 2254 petition is being transferred to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997), no action will be taken on petitioner's pending March 7, 2016 motion, and the clerk of court shall terminate the motion when it terminates this case for statistical purposes.

**SO ORDERED**.

April 6, 2016.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE